| AO 10<br>Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2016 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Baker, Mary Gordon | 2. Court or Organization<br><br>U.S. District Court, District of South Carolina | 3. Date of Report<br><br>05/18/2017 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status;<br>    magistrate judges indicate full- or part-time)<br><br>Full time United States Magistrate Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>1/1/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

85 Broad Street (29401)
P.O. Box 835
Charleston
South Carolina 29402

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- | --- |
| 1. | Board member | [Resigned from Clergy Society of South Carolina in May of 2016] |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | Communityone Bank - salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Regionsbank | Mortgage on Rental Property #1, Mount Pleasant, SC Charleston County (Pt VII, line 1) | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baker, Mary Gordon | 05/18/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property #1, Mount Pleasant, SC, Charleston County, SC | E | Rent | M | W | | | | | |
| 2. Brokerage #1 H | | | | | | | | | |
| 3. AT&T Common Stock | D | Dividend | M | T | | | | | |
| 4. Bank of America Corp. Common Stock | A | Dividend | J | T | | | | | |
| 5. IRA Bank of America Corp. Common Stock | A | Dividend | K | T | | | | | |
| 6. BP PLC common stock | A | Dividend | K | T | | | | | |
| 7. IRA BP PLC Common Stock | A | Dividend | J | T | | | | | |
| 8. BB&T Corp. Common Stock | A | Dividend | K | T | | | | | |
| 9. Duke Energy Corp. Common Stock | C | Dividend | L | T | | | | | |
| 10. IRA Duke Energy Corp. Common Stock | A | Dividend | J | T | | | | | |
| 11. Fairpoint Communications Common Stock | A | Dividend | J | T | | | | | |
| 12. IRA Fairpoint Communications Common Stock | A | Dividend | J | T | | | | | |
| 13. Frontier Communications Common Stock | A | Dividend | J | T | | | | | |
| 14. IRA Frontier Communications Common Stock | A | Dividend | J | T | | | | | |
| 15. Regions Financial Corp Common Stock | A | Dividend | J | T | | | | | |
| 16. IRA Regions Financial Corp. Common Stock | A | Int./Div. | J | T | | | | | |
| 17. SCANA Corp. Common Stock | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baker, Mary Gordon | 05/18/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Spectra Energy Corp. Common Stock | B | Dividend | K | T | | | | | |
| 19. Verizon Communications Common Stock | C | Dividend | L | T | | | | | |
| 20. IRA Verizon common stock | A | Dividend | J | T | | | | | |
| 21. Blackrock Muniassets Fund | A | Dividend | J | T | | | | | |
| 22. IRA Blackrock Muniassets Fund | A | Dividend | J | T | | | | | |
| 23. IRA Cisco Systems Inc. Common Stock | A | Dividend | J | T | | | | | |
| 24. IRA General Electric Common Stock | A | Dividend | J | T | | | | | |
| 25. IRA General Mills Common Stock | A | Dividend | J | T | | | | | |
| 26. IRA General Motors Common Stock | A | Dividend | J | T | | | | | |
| 27. IRA Glaxosmithkline Common Stock | A | Dividend | J | T | | | | | |
| 28. IRA IBM Common Stock | A | Dividend | K | T | | | | | |
| 29. IRA Johnson and Johnson Common Stock | A | Dividend | J | T | | | | | |
| 30. IRA JP Morgan Chase Common Stock | A | Dividend | J | T | | | | | |
| 31. IRA PPL Corp. Common Stock | A | Dividend | J | T | | | | | |
| 32. IRA Procter & Gamble Co. Common Stock | A | Dividend | J | T | | | | | |
| 33. IRA Wells Fargo Common Stock | A | Dividend | J | T | | | | | |
| 34. IRA Kayne Anderson MLP | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baker, Mary Gordon | 05/18/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. IRA Virtus Small Cap Fund | A | Dividend | K | T | | | | | |
| 36. IRA Virtus Strategic Growth Fund | A | Dividend | K | T | | | | | |
| 37. Merrill Lynch CMA account | A | Interest | K | T | | | | | |
| 38. Brokerage #2 H | | | | | | | | | |
| 39. CommunityOne Bancorp Common Stock | A | Dividend | | | Merged (with line 40) | 11/04/16 | J | | |
| 40. Capital Bank common stock (X) | A | Dividend | J | T | | | | | |
| 41. Park Sterling Corp. Common Stock | A | Dividend | J | T | | | | | |
| 42. Regions Financial Corp. Common Stock | A | Dividend | K | T | | | | | |
| 43. Southcoast Financial Corp. Common Stock | A | Dividend | | | Merged (with line 44) | 06/21/16 | K | | |
| 44. Bank of North Carolina common stock (X) | A | Dividend | K | T | | | | | |
| 45. Brokerage #3 H | | | | | | | | | |
| 46. Powershares QQQ ETF | A | Dividend | K | T | | | | | |
| 47. AMG Managers Bond Service | A | Dividend | J | T | | | | | |
| 48. JP Morgan Mid Cap Value Fund | A | Dividend | J | T | | | | | |
| 49. Growth Fund of America | A | Dividend | J | T | | | | | |
| 50. Oppenheimer Main St Mid Cap Fund | A | Dividend | J | T | | | | | |
| 51. SPDR Euro Stoxx | A | Dividend | J | T | Buy | 01/06/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baker, Mary Gordon | 05/18/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Brokerage #4 H | | | | | | | | | |
| 53. IRA Silver Bay Realty Tr. Corp. | A | Dividend | J | T | | | | | |
| 54. IRA Two Harbors Invt Corp | A | Dividend | J | T | | | | | |
| 55. Brokerage #5 H | | | | | | | | | |
| 56. IRA AT&T common stock | A | Dividend | J | T | | | | | |
| 57. IRA Apple common stock | A | Dividend | J | T | | | | | |
| 58. IRA BP PLC | B | Dividend | K | T | | | | | |
| 59. IRA Facebook common stock | A | Dividend | J | T | | | | | |
| 60. IRA Royal Dutch Shell Common Stock | B | Dividend | K | T | | | | | |
| 61. IRA Two Harbors Invt Corp common stock | A | Dividend | J | T | | | | | |
| 62. IRA AB Small Cap Growth Fund | A | Dividend | J | T | | | | | |
| 63. IRA Diamond Hill Small Cap | A | Dividend | J | T | | | | | |
| 64. IRA Federated Kaufmann Large Cap Fund | A | Dividend | K | T | | | | | |
| 65. IRA Franklin Income Advisor CL Fund | E | Dividend | N | T | | | | | |
| 66. IRA John Hancock Disciplined Val Mid Cap Fund | A | Dividend | J | T | | | | | |
| 67. IRA MFS Intl Value Fund | A | Dividend | J | T | | | | | |
| 68. IRA James Alpha Global Real Estate Investments | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baker, Mary Gordon | 05/18/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. IRA Satuit Capital US Emerging Companies | A | Dividend | J | T | | | | | |
| 70. IRA Sentinel Low Duration Bond Fund | A | Dividend | K | T | | | | | |
| 71. IRA Oppenheimer Steelpath MLP Income Fund | B | Dividend | K | T | | | | | |
| 72. IRA Sunamerica Focused Dividend Strategy Fund | A | Dividend | K | T | | | | | |
| 73. IRA Templeton Emerging Mkts Small Cap Fund | A | Dividend | K | T | | | | | |
| 74. IRA Templeton Global Bond Fund | A | Dividend | J | T | | | | | |
| 75. IRA Thornburge Intl Value Fund | A | Dividend | | | Sold | 05/25/16 | K | | |
| 76. Brokerage #6 H | | | | | | | | | |
| 77. IRA Bank of North Carolina common stock (X) | A | Dividend | J | T | | | | | |
| 78. IRA Exxon Mobil Corp. Common Stock | A | Dividend | J | T | | | | | |
| 79. IRA Regions Financial Corp. Common Stock | B | Dividend | L | T | | | | | |
| 80. IRA Reynolds American Common Stock | A | Dividend | J | T | | | | | |
| 81. IRA Royal Dutch Shell PLC | A | Dividend | J | T | | | | | |
| 82. IRA Silver Bay Realty Tr Corp Common Stock | A | Dividend | J | T | | | | | |
| 83. IRA Southcoast Financial Corp. Common Stock | A | Dividend | | | Merged (with line 77) | 06/21/16 | J | | |
| 84. IRA Two Harbors Invt Corp Common Stock | A | Dividend | J | T | | | | | |
| 85. IRA Columbia Global Equity Value Mutual Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baker, Mary Gordon | 05/18/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. IRA Delaware Diversified Income Mutual Fund | A | Dividend | J | T | | | | | |
| 87. IRA FMI Int'l Instl CL | A | Dividend | J | T | Buy | 05/25/16 | J | | |
| 88. IRA Franklin Income Advisor Mutual Fund | C | Dividend | L | T | | | | | |
| 89. IRA Growth Fund of America Mutual Fund | A | Dividend | J | T | | | | | |
| 90. IRA Hartford Cap Appreciation Mutual Fund | A | Dividend | J | T | | | | | |
| 91. IRA Henderson Intl Opptys Mutual Fund | A | Dividend | J | T | | | | | |
| 92. IRA Ivy Small Cap Value Mutual Fund | A | Dividend | J | T | | | | | |
| 93. IRA Pimco Total Return Mutual Fund | A | Dividend | J | T | | | | | |
| 94. IRA Principal Midcap CL P | A | Dividend | J | T | Buy | 09/08/16 | J | | |
| 95. IRA RS Value Mutual Fund | A | Dividend | J | T | | | | | |
| 96. IRA Oppenheimer Steelpath MLP Alpha Mutual Fund | B | Dividend | K | T | | | | | |
| 97. IRA Templeton Global Bond Fund (Mutual Fund) | A | Dividend | J | T | | | | | |
| 98. IRA Thornburg Intl Value Mutual Fund | A | Dividend | | | Sold | 05/25/16 | J | | |
| 99. IRA Washington Mutual Investors Fund | A | Dividend | K | T | | | | | |
| 100. Brokerage #7 H | | | | | | | | | |
| 101. Bank of North America common stock (X) | A | Dividend | K | T | | | | | |
| 102. Hartford Floating Rate Mutual Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baker, Mary Gordon | 05/18/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Lord Abbett High Yield Mutual Fund | B | Dividend | K | T | | | | | |
| 104. Southcoast Financial Corp. common stock | A | Dividend | | | Merged (with line 101) | 06/21/16 | K | | |
| 105. Brokerage 8H | | | | | | | | | |
| 106. IRA JPMorgan Chase Common Stock | A | Dividend | J | T | | | | | |
| 107. IRA I Shares US Energy ETF Common Stock | A | Dividend | J | T | | | | | |
| 108. Brokerage #9 H | | | | | | | | | |
| 109. IRA American Balanced Fund | A | Dividend | J | T | Buy | 06/01/16 | J | | |
| 110. IRA Doubleline FDS TR | A | Dividend | K | T | Buy | 06/01/16 | K | | |
| 111. IRA First Eagle Funds | A | Dividend | J | T | Buy | 06/01/16 | J | | |
| 112. IRA Jensen Portfolio | A | Dividend | K | T | Buy | 06/01/16 | K | | |
| 113. Merrill Lynch Bank Deposit Program | A | Int./Div. | L | T | | | | | |
| 114. Albemarle Supper Club LLC, Charleston, SC Charleston County | A | Rent | J | W | | | | | |
| 115. IRA Dreyfus Money Mkt. Fund | A | Dividend | J | T | | | | | |
| 116. SN 68 Insured Bank Deposit 8 | A | Dividend | J | T | | | | | |
| 117. MefLife S Market Account | A | Interest | K | T | | | | | |
| 118. Southcoast CD | A | Interest | | | Sold | 12/15/16 | L | | |
| 119. Southcoast Accounts | A | Interest | | | Merged (with line 120) | 06/21/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Baker, Mary Gordon | 05/18/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  BNC accounts | A | Interest | K | T | Open | 06/21/16 | K | | |
| 121.  Regions $ Mkt. Fund | A | Interest | K | T | Buy | 12/15/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baker, Mary Gordon | 05/18/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

I.1. The Clergy Society is a church-affiliated organization which administers funds to the widows and children of clergy members. I resigned from this organization in May of 2016.

VII. Lines 56, 57, 59, 61 and 107: I inadvertently left off that these were all in an IRA .

VII. Line 40: CommunityOne Bank merged with Capital Bank in November of 2016.

VII. Lines 77, 101, and 120: Southcoast Bank merged with Bank of North Carolina in June of 2016.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mary Gordon Baker**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544